UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23635-BLOOM/Louis

HELEN SWARTZ,

    Plaintiff,

v.

CG FAIRWINDS LLC, d/b/a The
Fairwind Hotel Miami,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Strike Count II of the Complaint, ECF No. [18] ("Motion"). On September 1, 2020, Plaintiff filed the Complaint, asserting two counts. ECF No. [1]. On October 29, 2020, Defendant filed a Motion to Dismiss Count II of the Complaint. ECF No. [17]. In the Motion, Defendant represents that Plaintiff has agreed to strike Count II of the Complaint and allow Defendant until November 16, 2020 to answer the remaining count in the Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [18]**, is **GRANTED**. Count II of the Complaint, ECF No. [1], is stricken.

2. Defendant's Motion to Dismiss Complaint, **ECF No. [17]**, is **DENIED AS MOOT**.

3. Defendant shall answer the Complaint by **November 16, 2020**.

Case No. 20-cv-23635-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 2, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record